UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-CR-00073-D-1

UNITED STATES OF AMERICA

v.

PETERA MICALE CARLTON

ORDER

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Exhibit, which is docket entry number 144. The Court is of the opinion that this exhibit should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed and be filed under seal.

SO ORDERED. This 29 day of January 2021.

JAMES C. DEVER III
United States District Judge