IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-73-D
No. 7:14-CV-304-D

| | |
|---|---|
| PETERA MICALE CARLTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The court DENIES as baseless Petera Micale Carlton's motion for a nunc pro tunc order [D.E. 136] and motion to amend/correct [D.E. 137].

SO ORDERED. This **14** day of June 2021.

                                                              JAMES C. DEVER III
                                                              United States District Judge