IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-73-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>PETERA MICALE CARLTON, )<br>)<br>Defendant. ) | **ORDER** |

On August 10, 2021, Petera Micale Carlton moved for reconsideration of this court's order of February 1, 2021 [D.E. 152], denying Carlton's motion for compassionate release. The court DENIES as meritless defendant's motion for reconsideration. See [D.E. 155].

SO ORDERED. This 5 day of October, 2021.

JAMES C. DEVER III
United States District Judge