IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-73-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PETERA MICALE CARLTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit A – Defendant's Immunizaton Record [D.E. 174] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 173]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit A – Defendant's Immunization Record [D.E. 174].

SO ORDERED this _8_ day of ___July___, 2022.

*/s/ Dever*
JAMES C. DEVER III
United States District Court Judge

1