UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
File No.: 7:09-CR-73-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 164) |
| PETERA MICALE CARLTON ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 164 (Medical Records) be sealed until further notice by this Court.

This 8 day of October, 2022.

JAMES C. DEVER III
United States District Judge