IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-73

UNITED STATES OF AMERICA,           )
                                    )
            v.                      )            ORDER
                                    )
PETERA MICALE CARLTON,              )
                                    )
                Defendant.          )

The United States SHALL respond to defendant's latest motions for compassionate release

[D.E. 202, 204] not later than May 15, 2026.  Cf. [D.E. 179, 183, 184, 185].

SO ORDERED.  This 30 day of March, 2026.


                                    JAMES C. DEVER III
                                    United States District Judge