IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:09-CR-73-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PETERA MICALE CARLTON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's latest motion for compassionate release

[D.E. 209] not later than June 30, 2026. Cf. [D.E. 110, 119, 134, 153, 154, 157, 158, 179, 183,

184, 185].

SO ORDERED. This 17 day of April, 2026.

JAMES C. DEVER III
United States District Judge