IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-CR-73-D-1

UNITED STATES OF AMERICA,

v.

PETERA MICALE CARLTON,

Defendant.

**ORDER**

This matter comes before the Court on the Government's Motion to Seal Exhibits 1 and 2–attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibits 1 and 2.

SO ORDERED this 17 day of June, 2026.

JAMES C. DEVER III
United States District Court Judge